IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ABDURRAHMAN ABDALLAH ALI
MAHMOUD AL SHUBATI (ISN 224),

*Petitioner,*

v.

BARACK H. OBAMA, President of the

United States of America, *et al.,*

*Respondents.*

Civil Action No. 07-CV-2338 (UNA)

---

**STIPULATION AND ORDER EXTENDING THE STAY BY SEVENTY-FIVE DAYS**

The parties stipulate that the stay in this case, which is due to expire on September 26, 2012, should be extended for another 75 days. In support of this stipulation, the parties state as follows:

1. On August 9, 2010, the Court granted the parties' joint motion to stay these proceedings until February 6, 2011. (Dkt. No. 228).

2. On February 4, 2011, the Court granted the parties' joint motion to extend the stay of these proceedings until May 31, 2011. (Dkt. No. 235).

3. By Minute Order on July 29, 2011, the Court granted the parties' joint motion to extend the stay of these proceedings until September 30, 2011.

4. On April 24, 2012, the Court granted the parties' stipulation and proposed order extending the stay until June 28, 2012. (Dkt. No. 249).

5. On July 5, 2012, the Court granted the parties' stipulation and proposed order extending the stay until September 26, 2012. (Dkt. No. 251).

6. The parties have conferred and agree that an extension of the current stay for an additional 75 days is appropriate such that the stay would then expire on December 10, 2012.

7. During this 75-day period, the terms of the Protective Order, including provisions regarding counsel access to Petitioner, will continue to govern this case.

8. During this 75-day period, all discovery obligations and related filing obligations are stayed.

9. Prior to the end of this additional 75 day period, the parties shall confer as to whether further proceedings are necessary or whether the stay should be extended and for how long. If the parties determine that further proceedings are necessary, they shall file with the Court a proposed schedule for such proceedings.

Dated: September 26, 2012                    Respectfully submitted,


/s/ Brent N. Rushforth                       /s/ Robert J. Prince
McKool Smith                                 Terry M. Henry
1999 K Street, N.W. Suite 600                Andrew I. Warden
Washington, D.C.20006                        Rodney Patton
Tel: (202) 370-8304                          Robert J. Prince
                                             United States Department of Justice
                                             Civil Division, Federal Programs Branch
                                             20 Massachusetts Ave., N.W.
                                             Washington, DC 20530
                                             Tel: (202) 305 3654


Counsel for Petitioner                       Counsel for Respondents


SO ORDERED THIS _____ DAY OF _____ , 2012


_____
Presiding Judge

2